UNITED STATES of America,
Plaintiff–Appellee,

v.

Lacinda Sarika DARIEN,
Defendant–Appellant.

No. 11–15092
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 23, 2012.

Christopher Conrad Bly, Lori Beranek, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Leonard L. Franco, The Franco Law Firm, PC, Atlanta, GA, for Defendant–Appellant.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Leonard L. Franco, counsel for Lacinda Sarika Darien in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is

GRANTED, and Darien's convictions and sentences are AFFIRMED.